# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3282
_____

Cornelius P. Brown

*Plaintiff - Appellant*

v.

Union Pacific Railroad

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: June 9, 2014
Filed: June 13, 2014
[Unpublished]
_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Cornelius Brown appeals the district court's[1] adverse grant of summary judgment on his Title VII race-discrimination claims against his former employer,

---

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

Union Pacific Railroad (UPR), which terminated him in May 2011. After careful review, we agree with the district court that UPR presented a legitimate, nondiscriminatory reason for terminating Brown--his failure of drug tests, in violation of company policy--and that he did not present any admissible evidence creating a genuine issue as to whether UPR's stated reason was merely a pretext for unlawful discrimination. *See Twymon v. Wells Fargo & Co.*, 462 F.3d 925, 935 (8th Cir. 2006) (this court has consistently held that violating company policy is legitimate, nondiscriminatory rationale for terminating employee); *see also Green v. Dormire*, 691 F.3d 917, 921 (8th Cir. 2012) (grant of summary judgment is reviewed de novo). We also agree with the district court's analysis and conclusions regarding Brown's allegations that he was denied training and promotions because of his race.

We thus affirm. *See* 8th Cir. R. 47B.

_____